## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
## FOURTH DIVISION

UNITED STATES OF AMERICA,                                   Criminal No. 05-328(23) JMR/AJB

        Plaintiff,

v.                                                                                    **ORDER**

GALO ERIC QUINTERO,

        Defendant.

Steven L. Schleicher, Esq., Assistant United States Attorney, for the plaintiff, United States of America;

Matthew J. Mankey, Esq., for the defendant, Galo Eric Quintero.

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated January 5, 2009, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

1.  Defendant Galo Eric Quintero's Motion to Suppress any Evidence Obtained as a Result of any Illegal Searches is **denied**  [Docket No. 491];

2.  Defendant Galo Eric Quintero's Motion for Severance is **denied** [Docket No. 506]; and

3.  Defendant Galo Eric Quintero's Motion to Suppress Statements, Admissions and Answers is **denied** [Docket No. 509].

Dated: January 23, 2009

                                              s/James M. Rosenbaum
                                              James M. Rosenbaum
                                              United States District Court Judge